IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDA R. MATCHINSKE, | ) |
| | ) |
| v. | ) 3:04-1098 |
| | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security. | ) |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends Plaintiff's Motion for Judgment Reversing and Remanding the matter be denied and the decision of the Commissioner be affirmed. No objections have been filed.

The Court has considered the Report and finds the same to be correct in fact and law. For the reasons set forth in the Report and Recommendation, the Motion to Remand this Matter to the Commissioner by the Plaintiff (Doc. #28) is hereby **DENIED,** and the decision of the Commissioner is **AFFIRMED**.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge